1  Terrence P. McMahon (State Bar No. 71910)
   David S. Bloch (State Bar No. 184530)
2  McDermott Will & Emery LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650-813-5000
4  Facsimile: 650-813-5100

5  Attorneys for Lockheed Martin Corporation



FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, MCDONNELL DOUGLAS CORPORATION, BOEING LAUNCH SERVICES, INC., WILLIAM ERSKINE, KENNETH BRANCH, and LARRY SATCHELL,<br><br>Defendants.<br><br>And related cross-action. | CASE NO. SA CV 05-30 DSF (JWJx)<br><br>[PROPOSED] ORDER DENYING THE BOEING COMPANY'S MOTION TO QUASH SUBPOENA IN A CIVIL CASE TO THIRD-PARTY ASSURESAT, INC.<br><br>**"BY FAX"** |

The Boeing Company's Motion to Quash Subpoena in a Civil Case to Third Party AssureSat, Inc., came before this Court for hearing on February 17, 2005, at 2:00 p.m. The Court, having considered the papers and arguments and submitted



DOCKETED ON CM
MAR - 8 2005
BY

[PROPOSED] ORDER DENYING BOEING COMPANY'S
MOTION TO QUASH SUBPOENA IN A CIVIL CASE TO
THIRD-PARTY ASSURESAT, INC.
MPK 81213-1.070302.0012

-1-   Case No. SA CV 05-30 DSF (JWJx)

27

by the parties, and finding good cause therefore, DENIES The Boeing Company's motion to quash for the reasons stated by the Court at the hearing on this matter.

**IT IS SO ORDERED.**

Dated: ___March 4___, 2005.

Hon. Jeffrey W. Johnson

Approved as to form:
DATED: March 1, 2005

MUNGER, TOLLES & OLSON LLP

By: _____
GREGORY D. PHILLIPS

Attorneys for THE BOEING COMPANY, MCDONNELL DOUGLAS CORPORATION, and BOEING LAUNCH SERVICES, INC.

DATED: March 1, 2005

McDERMOTT WILL & EMERY LLP

By: _____
DAVID S. BLOCH

Attorneys for LOCKHEED MARTIN CORPORATION

[PROPOSED] ORDER DENYING BOEING COMPANY'S
MOTION TO QUASH SUBPOENA IN A CIVIL CASE TO        2        Case No. SA CV 05-30 DSF (JWJx)
THIRD-PARTY ASSURESAT, INC.

MPK 81213-1.070302.0012